# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EXCEL ENERGY GROUP, INC.**                                              **PLAINTIFF**

**v.**                  **Case No. 4:18-cv-00808-KGB**

**NEPTUN LIGHT, INC.**                                                           **DEFENDANT**

## ORDER

Before the Court is a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Excel Energy Group, Inc. ("Excel Energy") (Dkt. No. 7). Excel Energy's notice comports with the requirements of Rule 41(a)(1)(A)(i). The Court denies as moot defendant Neptun Light, Inc.'s ("Neptun") motion to dismiss complaint (Dkt. No. 7). This case is dismissed without prejudice.

So ordered this the 21st day of December, 2018.

_____
Kristine G. Baker
United States District Judge